UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO A. THOMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD,<br><br>　　　　　Respondent. | No. 2:14-cv-0758 AC P<br><br><br>ORDER |

　　　　Petitioner, who is currently serving a term of probation pursuant to a state court judgment, is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required $5.00 filing fee. See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and,

/////

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: March 26, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE