UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO A. THOMAS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD,<br><br>　　　　　　Respondent. | No. 2:14-cv-0758 AC P<br><br><br>ORDER |

　　　　Petitioner, a state probationer proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

　　　　Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

　　　　Petitioner has failed to specify the grounds for relief in his petition. See Rule 2(c), Rules Governing § 2254 Cases. It appears from this court's review of the purported claims that petitioner merely lists the reasons why counsel should be appointed. See ECF No. 1 at 7 (including that the "case [is] involving uneducated or mentally or physically impaired petitioners; [the] case [is] likely to require the assistance of experts....").

　　　　Petitioner has filed a separate request for the appointment of counsel. ECF No. 4. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the

1  appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule

2  8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the

3  interests of justice would be served by the appointment of counsel at the present time.

4        Therefore, IT IS HEREBY ORDERED that:

5        1. Petitioner's motion to proceed in forma pauperis (ECF No. 5) is granted;

6        2. Petitioner's motion for appointment of counsel (ECF No. 4) is denied without

7  prejudice;

8        3. Petitioner's petition for writ of habeas corpus is dismissed with leave to file an

9  amended petition within thirty days from the date of this order;

10       3. Any amended petition must be filed on the form provided with this order, must name

11 the proper respondent, and must state all claims and prayers for relief on the form; it must bear

12 the case number assigned to this action and the title "Amended Petition"; failure to file an

13 amended petition will result in the dismissal of this action; and,

14       4. The Clerk of the Court is directed to send petitioner the court's form petition for writ of

15 habeas corpus pursuant to 28 U.S.C. § 2254.

16 DATED: April 2, 2014

17                                         _____
                                        ALLISON CLAIRE

18                                         UNITED STATES MAGISTRATE JUDGE